◼ JAMIE L. SIRLES et al., Appellants, v GARY A. HARVEY et al., Doing Business as GUILLAUME REAL ESTATE, Respondents. (Appeal No. 2.) [682 NYS2d 367] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Denman, P. J., Pine, Pigott, Jr., Balio and Fallon, JJ.